ALANSON ROBINSON, Respondent, *v.* GEORGE BRISBANE et al.,
Appellants.

(Argued December 5, 1876; decided December 12, 1877.)

REPORTED below, 7 Hun, 180.

*Amasa J. Parker* for the appellants.

*Alvin Burt* for the respondent.

Agree to dismiss appeal on opinion of court below.
All concur. RAPALLO, J., absent.
Appeal dismissed.